998

No. 1226. KEYISHIAN ET AL. *v.* BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK ET AL. Appeal from D. C. W. D. N. Y. *Richard Lipsitz* for appellants. Probable jurisdiction noted. *Louis J. Lefkowitz*, Attorney General of New York, and *Ruth Kessler Toch*, Acting Solicitor General, for Board of Regents of the University of the State of New York et al., and *John C. Crary, Jr.*, for Board of Trustees of the State University of New York et al., appellees.

No. 387, Misc. MILLER *v.* PATE, WARDEN. C. A. 7th Cir. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari granted. Case transferred to appellate docket. *Willard J. Lassers* for petitioner. *William G. Clark*, Attorney General of Illinois, and *Richard A. Michael*, Assistant Attorney General, for respondent. *Maurice Rosenfield* and *William R. Ming, Jr.*, for Radio Station WAIT (Chicago) et al., as *amici curiae*, in support of the petition.

No. 918, Misc. SIMS *v.* GEORGIA. Sup. Ct. Ga.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted limited to Questions 1, 2, 3, 4 and 5 which read as follows:

"1. Whether petitioner's Fourteenth Amendment rights were violated by a conviction and sentence to death obtained on the basis of a confession made under inherently